U.S. District Court
Wisconsin Eastern

JUN 03 2026

FILED
Clerk of Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSEPH YEOMAN

Plaintiff,

v.

JON FRY, et al.,

Defendant.

**case no.** 26-CV-188 JPS
**appeal no.** 26-1917

## MOTION AND ORDER FOR PAYMENT OF FEES AND COSTS FROM PETITIONER'S PRISON RELEASE ACCOUNT

Plaintiff Joseph Yeoman, Pro se, moves this court to order Oakhill Correctional Institution's business office to pay any and all fees and cost from the plaintiff's release account prison release account based upon **Doty v. Doyle, 182 F. Supp. 2d 750, 751 (E.D. Wis. 2002).**

**WHEREFORE,** plaintiff Joseph Yeoman, has sufficient release accounts funds to pay any and all fees and cost in connection with the above entitled case and has authorizes payment of those funds submits his motion and order for payment of fees and cost from his prison release account.

Dated and signed this 26th day of May, **2026**

JOSEPH YEOMAN, Plaintiff

**JOSEPH YEOMAN**
OCI DOC # 387733
P.O. Box 938
Oregon, WI. 53575-0938