U.S. District Court
Wisconsin Eastern

JUN 03 2026

FILED
Clerk of Court

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

JOSEPH YEOMAN

                Plaintiff,

v.

JON FRY, et al.,

                Defendant.

**case no.** 26-CV-188 JPS
**appeal no.** 26-1917

---

### MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

---

Plaintiff Joseph Yeoman, pro se, moves this court pursuant to **28 U.S.C.A. §1915** for permission to appeal in in forma pauperis the to redress matters in in the case number entitled above.

Mr. Yeoman is a Indigent prisoner located at Oakhill Correctional Institution. Plaintiff appeals his action under **§ 1983** against Racine County officials alleging that they violated his civil rights while he was a pretrial. Plaintiff requests this court to allow him to proceed on appeal in forma pauperis.

**WHEREFORE**, plaintiff Joseph Yeoman, respectfully moves the Court to grant his Motion for Permission to Appeal in forma pauperis.

Dated and signed this 26th day of May, **2026**

                                   JOSEPH YEOMAN, Plaintiff

**JOSEPH YEOMAN**
OCI DOC # 387733
P.O. Box 938
Oregon, WI. 53575-0938