UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRADLEY SCHWARTZ,

        Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION SERVICES,
LLC; TRANS UNION LLC; ADVIA CREDIT
UNION; CITI BANK, N.A.; CAPITAL ONE,
N.A.; DISCOVER FINANCIAL SERVICES;
FB&T/MERCURY FINANCIAL; PNC BANK,
N.A.; AFFIRM INC; and COMENITY
CAPITAL BANK,

        Defendants.

Case No.: 2:26-cv-00188-LA

---

**DEFENDANT CAPITAL ONE N.A'S AGREED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

Defendant Capital One N.A., individually and as successor by merger to Discover

Financial Services, incorrectly named separately as "Capital One" and "Discover Financial

Services" ("Capital One"), by counsel, respectfully moves the Court for an extension of time

to answer or otherwise respond to Plaintiff's Complaint, up to and including June 22, 2026.

In support of this Agreed Motion, Capital One states as follows:

1.      On February 3, 2026, Plaintiff Bradley Schwartz ("Plaintiff") filed a Complaint

against Capital One, N.A., Discover Financial Services, and others, alleging violations of the

Fair Credit Reporting Act. (ECF No. 1.)

2.      On April 13, 2026, the Court granted Capital One's unopposed motion for

extension of time, extending Capital One's deadline to respond to June 8, 2026. (ECF No. 69)

3.      Since then, the parties have engaged in discussions that may resolve Plaintiff's claims against Capital One without further judicial intervention. As part of those discussions, Plaintiff's counsel requested certain business records, and counsel for Capital One has been coordinating with Plaintiff's counsel and counsel for the other defendants regarding a stipulated protective order to facilitate the confidential production of those records. Capital One recently obtained the necessary approvals, and the parties' stipulated protective order is being filed contemporaneously with this Motion.

4.      Given the above, Capital One respectfully submits that a brief extension will allow the parties to complete their ongoing discussions, which may resolve the claims against Capital One and avoid further litigation and expense. If those efforts are unsuccessful, the requested extension will provide Capital One sufficient time to prepare and file its responsive pleading. Accordingly, Capital One requests that its deadline to answer or otherwise respond to the Complaint be extended to June 22, 2026.

5.      This request is made in good faith, will not prejudice Plaintiff, and will not unduly delay the proceedings.

6.      Counsel for Capital One has conferred with Plaintiff's counsel, who consents to the requested extension.

WHEREFORE, Defendant Capital One N.A., individually and as successor by merger to Discover Bank, incorrectly sued as "Capital One" and "Discover Financial Services," respectfully requests that the Court extend its deadline to answer or otherwise respond to Plaintiff's Complaint up to and including June 22, 2026.

Dated: June 5, 2026

Respectfully submitted,

CAPITAL ONE, N.A., individually and as successor by merger to DISCOVER FINANCIAL SERVICES

By: /s/ Jeffrey D. Pilgrim
One of its attorneys

Jeffrey D. Pilgrim
Nicholas Vera (*pro hac vice forthcoming*)
Pilgrim Christakis LLP
One South Dearborn, Suite 1420
Chicago, Illinois 60603
Ph. (312) 470-6222
Fax (312) 939-0983
jpilgrim@pilrgrimchristakis.com
nvera@pilgrimchristakis.com

## CERTIFICATE OF SERVICE

Jeffrey D. Pilgrim, an attorney, certifies that on June 5, 2026, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Jeffrey D. Pilgrim