BRADLEY SCHWARTZ,

      Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION
SERVICES, LLC; TRANS UNION LLC;
ADVIA CREDIT UNION; CITI BANK,
N.A.; CAPITAL ONE, N.A.; DISCOVER
FINANCIAL SERVICES;
FB&T/MERCURY FINANCIAL; PNC
BANK, N.A.; AFFIRM INC; and
COMENITY CAPITAL BANK,

      Defendants.

Case No.: 2:26-cv-00188-LA

---

**JOINT MOTION FOR PROTECTIVE ORDER**

---

Plaintiff Bradley Schwartz and Defendants Capital One, N.A., Trans Union LLC, and

PNC Bank (collectively, the "Parties")[1], through their respective counsel and pursuant to Fed. R.

Civ. P. 26(c), move for entry of the attached Protective Order ("Order"), and state as follows:

1.      In this action, Plaintiff alleges that Defendants violated the Fair Credit Reporting

Act, 15 U.S.C. § 1681, *et seq.* Defendants deny these allegations.

2.      During discovery in this matter, the Defendants anticipate exchanging

information, documents, or other materials containing trade secrets or nonpublic confidential

technical, commercial, financial, personal, or business information.

---

[1] The Defendants identified herein are the remaining active Defendants in this litigation.

3.      To expedite the flow of discovery material, facilitate the prompt resolution of disputes over production, protect proprietary information and ensure that protection is afforded only to material so entitled, the Parties move to and jointly request the entry of the Proposed Protective Order attached hereto as Exhibit A pursuant to the Court's authority under Federal Rule of Civil Procedure 26(c) and Civil Local Rule 26(e).

4.      The Proposed Protective Order largely adopts the form protective order set forth in the Appendix to the Court's Local Rules, and any proposed modifications to the form are redlined.

5.      Defendants have conferred with Plaintiff's counsel regarding the Proposed Protective Order. Plaintiff's counsel agrees to the need for and entry of a protective order and agrees to Defendants' Proposed Protective Order attached as Exhibit A.

Accordingly, The Parties hereby respectfully request that this Court enter the Proposed Protective Order that is tendered with this Motion.

Dated this 5th day of June 2026.

| /s/ Mathew A. McKenna (*with permission*) | /s/ William M. Huse (*with permission*) |
|---|---|
| Matthew A. McKenna | William M. Huse |
| Shield Law LLC | Quilling Selander Lownds Winslett & Moser PC |
| 237 South Street, Suite 110 | 10333 North Meridian Street, Suite 200 |
| Waukesha, WI 53186 | Indianapolis, IN 46290 |
| matt@shieldlaw.com | whuse@qslwm.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Trans Union LLC* |
| | |
| /s/ Jeffrey D. Pilgrim | /s/ Charles E. Nelson (*with permission*) |
| Jeffrey D. Pilgrim | Charles E. Nelson |
| Nicholas Vera | Samantha F. Carmickle |
| Pilgrim Christakis LLP | Ballard Spahr LLP |
| One South Dearborn Street, Suite 1420 | 2000 IDS Center |
| Chicago, IL 60603 | 80 South 8th Street |
| jpilgrim@pilgrimchristakis.com | Minneapolis, MN 55402 |
| nvera@pilgrimchristakis.com | nelsonc@ballardspahr.com |
| *Attorneys for Capital One, N.A.* | *Attorneys for PNC Bank N.A.* |

2