**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

BRADLEY SCHWARTZ,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION LLC,
ADVIA CREDIT UNION, CITI BANK, NA.,
CAPITAL ONE NA, DISCOVER
FINANCIAL SERVICES, ONE PROGRESS
SERVICES, FB&T/MERCURY FINANCAL,
PNC BANK, NA., AFFIRM, INC., AND
COMENITY CAPITAL BANK,

    Defendants.

**Case No.: 2:26-cv-00188-LA**

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**DEFENDANT MERCURY FINANCIAL, LLC**

PLEASE TAKE NOTICE that Plaintiff Bradley Schwartz ("Plaintiff") and Defendant

Mercury Financial, LLC (identified as FB&T/Mercury Financial in the complaint and hereinafter

known as "Mercury") by counsel, hereby stipulate and agree that all matters herein between

them have been compromised and settled, and that Plaintiff's cause against Mercury should be

dismissed, with prejudice, with each party to bear its own costs and attorneys' fees and waiving

all rights to appeal.

1

Respectfully submitted,
Plaintiff,
BRADLEY SCHWARTZ
By his attorney,


By: */s/ Matthew A. McKenna*
Matthew McKenna, Esq. (Bar No. 1136438)
SHIELD LAW, LLC
237 South St. Unit 110
Waukesha, WI 53186
Telephone: (262) 420-5953
Facsimile: (262) 259-5222


## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.


*/s/ Matthew A. McKenna*