**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| BRADLEY SCHWARTZ,<br><br>           Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, ADVIA CREDIT UNION, CITI BANK, NA., CAPITAL ONE NA, DISCOVER FINANCIAL SERVICES, ONE PROGRESS SERVICES, FB&T/MERCURY FINANCIAL, PNC BANK, NA., AFFIRM, INC., AND COMENITY CAPITAL BANK,<br><br>           Defendants. | **Case No.: 2:26-cv-00188-LA** |

**NOTICE OF VOLUNTARY DIMISSAL OF CAPITAL ONE NA AND DISCOVER FINANCIAL SERVICES**

PLEASE TAKE NOTICE that pursuant to Rule 41(a), Plaintiff Bradley Schwartz

("Plaintiff") voluntarily dismisses Capital One NA("Capital One") and Discover Financial

Services ("Discover") *without prejudice*. It should be noted that neither Defendant has filed a

responsive pleading to date.


                                    Respectfully submitted,
                                      Plaintiff,
                                      BRADLEY SCHWARTZ
                                      By his attorney,


                            By:  */s/ Matthew A. McKenna*
                                 Matthew McKenna, Esq. (Bar No. 1136438)
                               SHIELD LAW, LLC
                               237 South St. Unit 110

1

Waukesha, WI 53186
Telephone: (262) 420-5953
Facsimile: (262) 259-5222

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Matthew A. McKenna*